AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 9:16 am, Dec 30, 2020

ALBERTO LAFARGA CRUZ

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:19-CV-86

TRACY JOHNS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated December 28, 2020; the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Respondent's Motion to Dismiss is DENIED as moot. Therefore, Cruz's Petition is DISMISSED without prejudice. Petitioner is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _/s/ Lisa Godbey Wood_
HON. LISA GODBEY WOOD, JUDGE

December 30, 2020
*Date*

John Triplett, Acting Clerk of Court
*Clerk*

_/s/ Megan Garcia_
(By) Deputy Clerk

GAS Rev 10/1/03